**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

MIDDLE DISTRICT OF TENNESSEE

Case number *(if known)* _____ Chapter **7**

☐ Check if this an
amended filing

## Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy    06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | | |
|---|---|---|---|
| 1. | **Debtor's name** | **Elevated Concrete LLC** | |
| 2. | **All other names debtor used in the last 8 years** <br> Include any assumed names, trade names and *doing business as* names | **Elevated Concrete Inc.** | |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **87-1465622** | |

4. **Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| **1408 Trumpet Lily Place** <br> **Nolensville, TN 37135** | |
| Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| **Williamson** | Location of principal assets, if different from principal place of business |
| County | |
| | Number, Street, City, State & ZIP Code |

5. **Debtor's website** (URL) _____

6. **Type of debtor**

  ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

  ☐ Partnership (excluding LLP)

  ☐ Other. Specify: _____

**7.**  **Describe debtor's business**    A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See
http://www.uscourts.gov/four-digit-national-association-naics-codes.

    **2890**

**8.**  **Under which chapter of the Bankruptcy Code is the debtor filing?**    *Check one:*

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

■ Chapter 7

☐ Chapter 9

☐ Chapter 11. *Check **all** that apply:*

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.**  **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

■ No.
☐ Yes.

| District | | When | | Case number | |
|---|---|---|---|---|---|
| District | | When | | Case number | |

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No
☐ Yes.

List all cases. If more than 1, attach a separate list

| Debtor | | Relationship | |
|---|---|---|---|
| District | When | Case number, if known | |

**11. Why is the case filed in *this district*?**

*Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No
☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard?

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other

**Where is the property?**

Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes. Insurance agency

Contact name

Phone

---

**Statistical and administrative information**

**13. Debtor's estimation of available funds**

*Check one:*

☐ Funds will be available for distribution to unsecured creditors.

■ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

■ 1-49
☐ 50-99
☐ 100-199
☐ 200-999

☐ 1,000-5,000
☐ 5001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than100,000

**15. Estimated Assets**

■ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million

☐ $1,000,001 - $10 million
☐ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

**16. Estimated liabilities**

☐ $0 - $50,000

■ $1,000,001 - $10 million

☐ $500,000,001 - $1 billion

- ☐ $50,001 - $100,000
- ☐ $100,001 - $500,000
- ☐ $500,001 - $1 million

- ☐ $10,000,001 - $50 million
- ☐ $50,000,001 - $100 million
- ☐ $100,000,001 - $500 million

- ☐ $1,000,000,001 - $10 billion
- ☐ $10,000,000,001 - $50 billion
- ☐ More than $50 billion

Case 3:23-bk-02889    Doc 1    Filed 08/11/23    Entered 08/11/23 09:56:02    Desc Main
Document      Page 4 of 49

## Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **August 11, 2023**
MM / DD / YYYY

**X** /s/ Scott Hurwitz _____
Signature of authorized representative of debtor

**Scott Hurwitz** _____
Printed name

Title   **Owner, Managing Partner**

---

**18. Signature of attorney**

**X** /s/ Joseph P. Rusnak _____

Date **August 11, 2023**
MM / DD / YYYY

Signature of attorney for debtor

**Joseph P. Rusnak**
Printed name

**Tune, Entrekin & White, P.C.**
Firm name

**Suite 600**
**500 11th Avenue North**
**Nashville, TN 37203**
Number, Street, City, State & ZIP Code

Contact phone   **(615) 244-2770**          Email address   **JRusnak@tewlawfirm.com**

**012464 TN**
Bar number and State

**Fill in this information to identify the case:**

Debtor name    **Elevated Concrete LLC**

United States Bankruptcy Court for the:   MIDDLE DISTRICT OF TENNESSEE

Case number (if known) _____

☐ Check if this is an
amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors   12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐   *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
☐   *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
☐   *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
☐   *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
☐   *Schedule H: Codebtors* (Official Form 206H)
☐   *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
☐   Amended *Schedule* _____
☐   *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
☐   Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   __**August 11, 2023**__    *X* **/s/ Scott Hurwitz**
                                            Signature of individual signing on behalf of debtor

                                            **Scott Hurwitz**
                                            Printed name

                                            **Owner, Managing Partner**
                                            Position or relationship to debtor

Debtor name **Elevated Concrete LLC**

United States Bankruptcy Court for the: MIDDLE DISTRICT OF TENNESSEE

Case number (if known)

☐ Check if this is an
amended filing

## Official Form 206Sum
# Summary of Assets and Liabilities for Non-Individuals    **12/15**

| Part 1: | Summary of Assets |
| --- | --- |

1.  **Schedule A/B: Assets-Real and Personal Property** (Official Form 206A/B)

    1a. **Real property:**
    Copy line 88 from *Schedule A/B*............................................................................... $       **0.00**

    1b. **Total personal property:**
    Copy line 91A from *Schedule A/B*........................................................................... $     **20,493.00**

    1c. **Total of all property:**
    Copy line 92 from *Schedule A/B*............................................................................. $     **20,493.00**

| Part 2: | Summary of Liabilities |
| --- | --- |

2.  **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*.................................... $     **24,301.09**

3.  **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

    **3a. Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 5a of *Schedule E/F*........................................................... $       **0.00**

    **3b. Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*.............................................. +$     **2,116,865.19**

4.  **Total liabilities** ...............................................................................................................
    Lines 2 + 3a + 3b            $     **2,141,166.28**

Software Copyright (c) 1996-2023 Best Case, LLC - www.bestcase.com

Case 3:23-bk-02889    Doc 1    Filed 08/11/23    Entered 08/11/23 09:56:02    Desc Main
Document     Page 7 of 49

# United States Bankruptcy Court
## Middle District of Tennessee

In re **Elevated Concrete LLC**

Debtor(s)

Case No.

Chapter **7**

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1. Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | | |
|---|---|---|
| For legal services, I have agreed to accept | $ | 3,500.00 |
| Prior to the filing of this statement I have received | $ | 2,000.00 |
| Balance Due | $ | 1,500.00 |

2. $ **338.00** of the filing fee has been paid.

3. The source of the compensation paid to me was:

   ■ Debtor  ☐ Other (specify):

4. The source of compensation to be paid to me is:

   ■ Debtor  ☐ Other (specify):

5. ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm.  A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

6. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b. Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
   c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
   d. [Other provisions as needed]
      **Negotiations with secured creditors to reduce market value; exemption planning; preparation and filing of reaffirmation agreements and applications as needed; preparation and filing of motions pursuant to 11 USC 522(f)(2)(A) for avoidance of liens on household goods.**

7. By agreement with the debtor(s), the above-disclosed fee does not include the following service:
   **The debtor has acknowledged that matters may arise in connection with the bankruptcy case which are not included in the regular and routine services as rendered for the fee quoted.  Charges for such additional services will be assessed at our standard hourly rate of $400.00 and shall be in addition to the quoted flat fee. Debtor has been advised that these charges must be submitted to the Bankruptcy Court for approval.  Such services would include, but are not limited to, defending stay relief motions, attendance at depositions or Rule 2004 examinations and other pretrial hearings in regard to objections to confirmation and/or adversary proceedings concerning discharge of debt, negotiation and filing of vehicle redemption motions and hearings or order related to same; representation in defense of a motion to dismiss under 11 USC 707(b) beyond the initial inquiry by the U.S. Trustee; research, preparation of briefs, preparation for trial, and court time in such litigated matters.**

In re   **Elevated Concrete LLC**                            Case No. _____

Debtor(s)

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)
(Continuation Sheet)

---

**CERTIFICATION**

    I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

**August 11, 2023**                                   **/s/ Joseph P. Rusnak**

*Date*                                              **Joseph P. Rusnak**

                                                  *Signature of Attorney*

                                                  **Tune, Entrekin & White, P.C.**

                                                  **Suite 600**

                                                  **500 11th Avenue North**

                                                  **Nashville, TN 37203**

                                                  **(615) 244-2770   Fax: (615) 244-2778**

                                                  **JRusnak@tewlawfirm.com**

                                                  *Name of law firm*

Fill in this information to identify the case:

Debtor name     **Elevated Concrete LLC**

United States Bankruptcy Court for the:     MIDDLE DISTRICT OF TENNESSEE

Case number (if known)

☐ Check if this is an
   amended filing

# Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property     12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

**Part 1:**     **Cash and cash equivalents**

1. **Does the debtor have any cash or cash equivalents?**

   ☐ No. Go to Part 2.
   ■ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
|---|---|

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | **First Horizon Bank** | **checking account** | **0934** | $0.00 |

4. **Other cash equivalents** *(Identify all)*

5. **Total of Part 1.** | | $0.00 |

   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

**Part 2:**     **Deposits and Prepayments**

6. **Does the debtor have any deposits or prepayments?**

   ■ No. Go to Part 3.
   ☐ Yes Fill in the information below.

**Part 3:**     **Accounts receivable**

10. **Does the debtor have any accounts receivable?**

   ■ No. Go to Part 4.
   ☐ Yes Fill in the information below.

**Part 4:**     **Investments**

13. **Does the debtor own any investments?**

   ☐ No. Go to Part 5.
   ■ Yes Fill in the information below.

|  | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|

14. **Mutual funds or publicly traded stocks not included in Part 1**
Name of fund or stock:

15. **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**
Name of entity: % of ownership

| | | | |
|---|---|---|---|
| 15.1. **Elevated Concrete Inc.** | % | | $0.00 |
| 15.2. **Elevated Concrete LLC** | % | | $0.00 |

16. **Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**
Describe:

17. **Total of Part 4.**    $0.00
Add lines 14 through 16.  Copy the total to line 83.

**Part 5:**    **Inventory, excluding agriculture assets**

18. **Does the debtor own any inventory (excluding agriculture assets)?**

■ No.  Go to Part 6.
☐ Yes Fill in the information below.

**Part 6:**    **Farming and fishing-related assets (other than titled motor vehicles and land)**

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No.  Go to Part 7.
☐ Yes Fill in the information below.

**Part 7:**    **Office furniture, fixtures, and equipment; and collectibles**

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No.  Go to Part 8.
■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39. **Office furniture** | | | |
| 40. **Office fixtures** | | | |
| 41. **Office equipment, including all computer equipment and communication systems equipment and software** 2 printers; 3 laptops | $4,000.00 | Comparable sale | $2,400.00 |

42. **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

Case 3:23-bk-02889   Doc 1   Filed 08/11/23   Entered 08/11/23 09:56:02   Desc Main
Document    Page 11 of 49

| | |
|---|---|
| 43. | **Total of Part 7.** |
| | Add lines 39 through 42.  Copy the total to line 86. |

$2,400.00

44. **Is a depreciation schedule available for any of the property listed in Part 7?**

■ No

☐ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**

■ No

☐ Yes

<br>

**Part 8:    Machinery, equipment, and vehicles**

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No.  Go to Part 9.

■ Yes Fill in the information below.

| General description<br>Include year, make, model, and identification numbers<br>(i.e., VIN, HIN, or N-number) | Net book value of<br>debtor's interest<br>(Where available) | Valuation method used<br>for current value | Current value of<br>debtor's interest |
|---|---|---|---|
| 47.    **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 48.    **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors,<br>floating homes, personal watercraft, and fishing vessels | | | |
| 49.    **Aircraft and accessories** | | | |
| 50.    **Other machinery, fixtures, and equipment (excluding farm<br>machinery and equipment)**<br>**See Attached List**<br>**(Located at US Storage Center, 2001 Johnson<br>Industrial Blvd.  Unit 1021, Nolensville, TN<br>37135)** | Unknown | N/A | $17,843.00 |

| | |
|---|---|
| 51. | **Total of Part 8.** |
| | Add lines 47 through 50.  Copy the total to line 87. |

$17,843.00

52. **Is a depreciation schedule available for any of the property listed in Part 8?**

■ No

☐ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**

■ No

☐ Yes

<br>

**Part 9:    Real property**

54. **Does the debtor own or lease any real property?**

■ No.  Go to Part 10.

☐ Yes Fill in the information below.

<br>

**Part 10:    Intangibles and intellectual property**

59. **Does the debtor have any interests in intangibles or intellectual property?**

☐ No.  Go to Part 11.

■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
| --- | --- | --- | --- |
| 60. **Patents, copyrights, trademarks, and trade secrets** | | | |
| 61. **Internet domain names and websites** **elevatedconcrete.com** | **$0.00** | | **$250.00** |

62. **Licenses, franchises, and royalties**

63. **Customer lists, mailing lists, or other compilations**

64. **Other intangibles, or intellectual property**

65. **Goodwill**

66. **Total of Part 10.**
    Add lines 60 through 65. Copy the total to line 89.

    $250.00

67. **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107?
    ■ No
    ☐ Yes

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
    ■ No
    ☐ Yes

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
    ■ No
    ☐ Yes

| Part 11: | All other assets |
| --- | --- |

70. **Does the debtor own any other assets that have not yet been reported on this form?**
    Include all interests in executory contracts and unexpired leases not previously reported on this form.

    ■ No.  Go to Part 12.
    ☐ Yes Fill in the information below.

Debtor    **Elevated Concrete LLC**                          Case number *(If known)* _____
          Name

In Part 12 copy all of the totals from the earlier parts of the form

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $0.00 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $0.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $2,400.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $17,843.00 | |
| 88. **Real property.** *Copy line 56, Part 9*.....................................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $250.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $20,493.00 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B**. Add lines 91a+91b=92 | | $20,493.00 |

## SCHEDULE B
## Machinery & Equipment

Elevated tool and equipment invantpory list

| TOOL | Brand | Sirial Number | Value $$ |
|---|---|---|---|
| Hammer Drill (Corded) | Bosch Bull Doog | 2252S-9827 | $150.00 |
| Hammer Drill (Corded) | Bosch Bull Doog | 2252S-2997 | $150.00 |
| Hammer Drill (Corded) | DeWalt SDS | SN# TAG IS GONE OR UNREADABLE | $150.00 |
| Hammer Drill (Corded) | DeWalt SDS | SN#036008 | $150.00 |
| Hammer Drill (Corded) | DeWalt SDS | G43BD22806544 | $150.00 |
| Hammer Drill (Batterie) | Milwaukee SDS | W06WGPL | $250.00 |
| Hammer Drill (Corded) | DeWalt SDS | 96721 | $175.00 |
| Circular Saw Worm Drive | Makita | CS2206NA82822 | $125.00 |
| Circular Saw Worm Drive | Ridgid | SN# TAG IS GONE OR UNREADABLE | $125.00 |
| Circular Saw Worm Drive | DeWalt | 131003023 | $135.00 |
| Circular Saw Worm Drive | Skillsaw | NHVXS.0745AG.1 | $185.00 |
| Gas Cut off Saw 14" | Husqvarna | NHVXS.0745AG.2 | $700.00 |
| Gas Cut off Saw 14" | Husqvarna | 42449673404 K | $700.00 |
| Back Pack Blower | Stihl BR430 | 210824BA0026 | $230.00 |
| Generator (Gas) | PowerShot 5500 | 2010046500111.00 | $800.00 |
| Generator (Gas) | Champion 6250 | BF42BDCE | $800.00 |
| 42" Floor Fan (Electric) | Commercial Electric | 2205160054 | $200.00 |
| 42" Floor Fan (Electric) | Master Industrial | 340E606270418191300286 | $195.00 |
| Microwave | Magic Chef | 34066675502BA12122007666 | $75.00 |
| Microwave | Magic Chef | CA Item QH-521BU -1 | $75.00 |
| Spot Lights (2 heads) | VolTec 1,000CDL | CA Item QH-521BU -2 | $100.00 |
| Spot Lights (2 heads) | VolTec 1,000CDL | No SN# FOR THIS ITEM | $100.00 |
| 20' 4 Leg hosting cables | Cumberland Sales | No SN# FOR THIS ITEM | $185.00 |
| Pry Bars 36" long | Marchelle | No SN# FOR THIS ITEM | $50.00 |
| Pry Bars 36" long | Marchelle | No SN# FOR THIS ITEM | $50.00 |
| Pry Bars 36" long | Marchelle | No SN# FOR THIS ITEM | $50.00 |
| Cum a longs | Marchelle | No SN# FOR THIS ITEM | $75.00 |
| Cum a longs | Marchelle | No SN# FOR THIS ITEM | $75.00 |
| Cum a longs | Marchelle | No SN# FOR THIS ITEM | $75.00 |
| Cum a longs | Marchelle | No SN# FOR THIS ITEM | $75.00 |
| Cum a longs | Marchelle | No SN# FOR THIS ITEM | $75.00 |

| Item | Name | Serial | Price |
|---|---|---|---|
| Hickey Bar | No Name | No SN# FOR THIS ITEM | $100.00 |
| Wood Handle Flat shovales | No Name | No SN# FOR THIS ITEM | $40.00 |
| Wood Handle Flat shovales | No Name | No SN# FOR THIS ITEM | $40.00 |
| Wood Handle Flat shovales | No Name | No SN# FOR THIS ITEM | $40.00 |
| Pick Ax | No Name | No SN# FOR THIS ITEM | $40.00 |
| | RazorBack | No SN# FOR THIS ITEM | $65.00 |
| Leval 4" | Empire 42" | No SN# FOR THIS ITEM | $80.00 |
| Level 4' (RED) | No Name | No SN# FOR THIS ITEM | $110.00 |
| Lazer Leveal | Leica Rugby 610 | 1489615587 | $250.00 |
| Lazer Reciver | Leica Rod Eye 120 | 2029120S288 | $200.00 |
| Lazer Leveal | Leica Rugby 610 | 2130615B461 | $250.00 |
| Lazer Reciver | Leica Rod Eye 120 | 77108624 | $200.00 |
| Tri-Pod | Spectra Precision | No SN# FOR THIS ITEM | $175.00 |
| Tri-Pod | Prexiso AG | No SN# FOR THIS ITEM | $175.00 |
| PLS 3R KIT (Lazer Line) | PLS | 21101?3 | $200.00 |
| Extenion Cords 50 20Ga | Yellow Jackets | No SN# FOR THIS ITEM | $40.00 |
| Extenion Cords 50 20Ga | Yellow Jackets | No SN# FOR THIS ITEM | $40.00 |
| Extenion Cords 50 20Ga | Yellow Jackets | No SN# FOR THIS ITEM | $40.00 |
| Extenion Cords 50 20Ga | Yellow Jackets | No SN# FOR THIS ITEM | $40.00 |
| Extenion Cords 50 20Ga | Yellow Jackets | No SN# FOR THIS ITEM | $40.00 |
| Extenion Cords 50 20Ga | Yellow Jackets | No SN# FOR THIS ITEM | $40.00 |
| Extenion Cords 50 20Ga | Yellow Jackets | No SN# FOR THIS ITEM | $40.00 |
| Extenion Cords 50 20Ga | Yellow Jackets | No SN# FOR THIS ITEM | $40.00 |
| Extenion Cords 50 20Ga | Yellow Jackets | No SN# FOR THIS ITEM | $40.00 |
| Extenion Cords 50 20Ga | Yellow Jackets | No SN# FOR THIS ITEM | $40.00 |
| Extenion Cords 50 20Ga | Yellow Jackets | No SN# FOR THIS ITEM | $40.00 |
| Extenion Cords 50 20Ga | Yellow Jackets | No SN# FOR THIS ITEM | $40.00 |
| Extenion Cords 50 20Ga | Rigid | No SN# FOR THIS ITEM | $65.00 |
| Extenion Cords 50 20Ga | Rigid | No SN# FOR THIS ITEM | $65.00 |
| EZ-Line (Fall protection) | FallTech Leading Edge Protection | SN# 20643 | $500.00 |
| EZ-Line (Fall protection) | FallTech Leading Edge Protection | SN# 2049 | $500.00 |
| EZ-Line (Fall protection) | FallTech Leading Edge Contractors | SN# 515962 | $500.00 |
| 30' Cable YoYo's | Safewaze / Northstar Class LE | SN# TAG IS GONE OR UNREADABLE | $300.00 |
| 30' Cable YoYo's | Safewaze / Northstar Class LE | SN# TAG IS GONE OR UNREADABLE | $300.00 |
| 30' Cable YoYo's | Safewaze / Northstar Class LE | SN# TAG IS GONE OR UNREADABLE | $300.00 |
| 30' Cable YoYo's | Safewaze / Northstar Class LE | SN# TAG IS GONE OR UNREADABLE | $300.00 |
| 20' Cable YoYo's | Safewaze Self Retracting Lanyard | No SN# TAG IS GONE OR UNREADABLE | $300.00 |

| Item | Brand/Detail | Serial | Price |
|---|---|---|---|
| 20' Cable YoYo's | Safewaze Self Retracting Lanyard | No SN# FOR THIS ITEM | $300.00 |
| 1 1/2 Ton Lever Hoist | JET | SN# 21111228 | $400.00 |
| 1 1/2 Ton Lever Hoist | JET | SN# 21111229 | $400.00 |
| Grease Gun (Modle A500) | Alenite | No SN# FOR THIS ITEM | $25.00 |
| Propane Tourch Kit | Blue Star / Fire Boss | No SN# FOR THIS ITEM | $150.00 |
| Orange 18"x18" Causing Flags | China | No SN# FOR THIS ITEM | $15.00 |
| Orange 18"x18" Causing Flags | China | No SN# FOR THIS ITEM | $15.00 |
| Caulking Gun (B12x20) | Albion Despencing service | No SN# FOR THIS ITEM | $20.00 |
| Caulking Gun (Small Tube) | HCX | No SN# FOR THIS ITEM | $20.00 |
| Air Horns | SeaSense Part # 50074080 | No SN# FOR THIS ITEM | $20.00 |
| Air Horns (Kit with horn) | SeaSense Part # 50074080 | No SN# FOR THIS ITEM | $35.00 |
| Air Horns (Kit with horn) | SeaSense Part # 50074080 | No SN# FOR THIS ITEM | $35.00 |
| Air Horns (Kit with horn) | SeaSense Part # 50074080 | No SN# FOR THIS ITEM | $35.00 |
| Air Horns (Air only) | SeaSense Item Code HR9-1891 | No SN# FOR THIS ITEM | $20.00 |
| Banding Crimper | Brab name unknown | No SN# FOR THIS ITEM | $50.00 |
| Banding Crimper | Brab name unknown | No SN# FOR THIS ITEM | $50.00 |
| Banding Cutter | Brab name unknown | No SN# FOR THIS ITEM | $50.00 |
| Banding Cutter | Brab name unknown | No SN# FOR THIS ITEM | $50.00 |
| Traffic Saftey Lights (batterie) | Maximum Saftey 16" Long x1" | No SN# FOR THIS ITEM | $15.00 |
| Traffic Saftey Lights (batterie) | Maximum Saftey 16" Long x1" | No SN# FOR THIS ITEM | $15.00 |
| Printer / Scanner / Fax | Brothers MFC-J5330DW | SN# U645D4K1H715519 | $500.00 |
| TV / Monitors | Toshiba 32" | SN# K11A56GCB056100 | $100.00 |
| TV / Monitors | Toshiba 32" | SN# K11A56CB056243 | $100.00 |
| Ice Chest | Iglo 72 gal | No SN# FOR THIS ITEM | $110.00 |
| Ice Chest | Iglo 72 gal | No SN# FOR THIS ITEM | $110.00 |
| Ice Chest | Iglo 58 gal | No SN# FOR THIS ITEM | $110.00 |
| A Frame 10' 300lbs. fiberglass Ladder | Werner | No SN# FOR THIS ITEM | $325.00 |
| A Frame 10' 300lbs. fiberglass Ladder | Werner | No SN# FOR THIS ITEM | $325.00 |
| A Frame 8' 300lbs. fiberglass Ladder | Werner | No SN# FOR THIS ITEM | $275.00 |
| A Frame 8' 300lbs. fiberglass Ladder | Werner | No SN# FOR THIS ITEM | $275.00 |
| A Frame 13' 400lbs. fiberglass Ladder | Werner | No SN# FOR THIS ITEM | $325.00 |
| 5 GAL Red oil sprayer | Unknown Brand | No SN# FOR THIS ITEM | $60.00 |
| 5 GAL Red oil sprayer | Unknown Brand | No SN# FOR THIS ITEM | $60.00 |
| Material | 6 box of 16D Duplext nails | $69 oer bix X 6 Boxes | $414.00 |

| | | |
|---|---|---|
| 4 Bundles of 3/4" 8ft chanfier | 30 bundle 10' high each bundle has 30 piceses @0.65lf = 1,200 LF | $780.00 |
| 1 case of spray f | | $89.00 |
| 6 box of 3" drywall screws | | $125.00 |
| 2 boxes of chamfer nails | | $150.00 |
| 1 box of red duct take | | $175.00 |
| 10 rolls of causin tape | | $190.00 |

Debtor name **Elevated Concrete LLC**

United States Bankruptcy Court for the: MIDDLE DISTRICT OF TENNESSEE

Case number (if known) _____

☐ Check if this is an
amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property
**12/15**

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

■ Yes. Fill in all of the information below.

**Part 1:** List Creditors Who Have Secured Claims

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|

**2.1** **Great American Finance Holdings LLC**
Creditor's Name

**200 South Michigan Avenue Suite 450 Chicago, IL 60604**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

Describe debtor's property that is subject to a lien
**Equipment**

Describe the lien
**Purchase Money Security**
Is the creditor an insider or related party?
■ No
☐ Yes
Is anyone else liable on this claim?
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**$22,848.00** | **$0.00**

**2.2** **T-Mobile**
Creditor's Name

**12920 SE 38th Street Bellevue, WA 98006**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

Describe debtor's property that is subject to a lien
**I pads**

Describe the lien
**Purchase Money Security**
Is the creditor an insider or related party?
■ No
☐ Yes
Is anyone else liable on this claim?
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply

**$1,453.09** | **$0.00**

| Debtor | **Elevated Concrete LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

- ■ No
- ☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.** | $24,301.09

**Part 2:** **List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| | | |

---

Debtor name **Elevated Concrete LLC**

United States Bankruptcy Court for the: MIDDLE DISTRICT OF TENNESSEE

Case number (if known) _____

☐ Check if this is an
amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and
Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and
2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:    List All Creditors with PRIORITY Unsecured Claims

1.  **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

    ■ No. Go to Part 2.

    ☐ Yes. Go to line 2.

### Part 2:    List All Creditors with NONPRIORITY Unsecured Claims

3.  **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill
    out and attach the Additional Page of Part 2.

|  |  | **Amount of claim** |
|---|---|---|

| 3.1 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$75,000.00** |
|---|---|---|---|

**Acosta Construction LLC**
**691 Fox Trail Court**
**Clarksville, TN 37040**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Business Expenses**

Is the claim subject to offset? ■ No  ☐ Yes

| 3.2 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$253,103.60** |
|---|---|---|---|

**Aluma System**
**5240 E. Great Southwest Parkway**
**Atlanta, GA 30336**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Business Expenses**

Is the claim subject to offset? ■ No  ☐ Yes

| 3.3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$16,873.32** |
|---|---|---|---|

**American Express**
**P. O. Box 981535**
**El Paso, TX 79998**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Business Expenses**

Is the claim subject to offset? ■ No  ☐ Yes

| 3.4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$73,413.88** |
|---|---|---|---|

**Capital One Sparks**
**680 Capita One Drive**
**Mc Lean, VA 22102**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Business Expenses**

Is the claim subject to offset? ■ No  ☐ Yes

| Debtor | **Elevated Concrete LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $21,473.68 |
|---|---|---|---|

**Care Supply**
**888 Elm Hill Pike**
**Nashville, TN 37210**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Business Expenses__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Cascades Apartments**
**3300 Murfreesboro Pike**
**Antioch, TN 37013**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Lawsuit__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $70.62 |
|---|---|---|---|

**CCAD Reprographics**
**2002 Cobb Drive**
**Columbia, TN 38401**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Business Expenses__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Certified Construction Services**
**3418 Hampton Avenue**
**Nashville, TN 37215**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Business Expenses__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $15,230.00 |
|---|---|---|---|

**Cocone Concrete**
**1037 Cottage View Lane**
**Antioch, TN 37013**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Business Expenses__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.10 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $30,912.70 |
|---|---|---|---|

**Creator Concrete Equipment**
**4604 Old Kyles Station Road**
**Hamilton, OH 45011**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Business Expenses__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.11 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $13,946.36 |
|---|---|---|---|

**Elder Building Supply**
**401 Cowan Street**
**Nashville, TN 37207**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Business Expenses__

Is the claim subject to offset? ■ No ☐ Yes

| 3.12 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $36,548.98 |

**Finish Line Staffing**
**139 S. English Station Road  Suite 220**
**Louisville, KY 40245**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **Business Expenses**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.13 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,565.75 |

**Hartford Business Insurance**
**690 Asylum Avenue**
**Hartford, CT 06155-0002**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **Insurance**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.14 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,418.61 |

**Home Depot Proxy**
**2455 Paces Ferry Road**
**Atlanta, GA 30339**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **Business Expenses**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.15 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $349,792.00 |

**Itria Ventures/Biz-2**
**1 Penn Plaza  31st Floor**
**New York, NY 10119**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **Business Loan**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.16 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**Monroe German Town LLC**
**1217 N 2nd Avenue**
**Nashville, TN 37208**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **Business Expenses**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.17 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,854.79 |

**Mr. Signs Man**
**129 Commerce Drive**
**Hendersonville, TN 37075**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **Business Expenses**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.18 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $97,347.98 |

**Nashville Ready Mix**
**8120 Sawyer Brown Road**
**Nashville, TN 37221**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **Business Expenses**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.19 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Penhall**
**644 Mainstream Drive**
**Nashville, TN 37228**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.20 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$85,204.13** |
|---|---|---|---|

**PTE United**
**2137 Utopia Avenue**
**Nashville, TN 37211**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Business Expenses**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.21 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$68,102.93** |
|---|---|---|---|

**Ram Tool/White Cap**
**4500 5th Avenue South**
**Building A**
**Birmingham, AL 35222**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Business Expenses**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.22 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$26,257.50** |
|---|---|---|---|

**Remco Geotechnical Contractors Inc.**
**P. O. Box 23009**
**Knoxville, TN 37933**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Business Expenses**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.23 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$20,002.89** |
|---|---|---|---|

**Rogers Group**
**Pottsville Quarry**
**Lewisburg, TN 37091**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Business Expenses**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.24 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$4,100.00** |
|---|---|---|---|

**Shell Gas**
**700 Milam Street  #125**
**Houston, TX 77002**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Business Expenses**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.25 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$271,608.28** |
|---|---|---|---|

**Smyrna Ready Mix**
**1000 Hollingshead Circle**
**Murfreesboro, TN 37129**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Business Expenses**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.26 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|------|---|---|---|

**Soto Holding LLC**
**1727B 4th Avenue N**
**Nashville, TN 37208**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Office Rent**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.27 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|------|---|---|---|

**Stackard Builders**
**1648 Westgate Circle  Ste 300**
**Brentwood, TN 37027**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Business Expenses**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.28 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$84,609.61** |
|------|---|---|---|

**SunBelt Rental**
**1275 West Mound Street**
**Columbus, OH 43223**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Business Expenses**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.29 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$153,517.83** |
|------|---|---|---|

**Tipton Crane**
**805 N Holtzclaw Avenue**
**Chattanooga, TN 37404**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Business Expenses**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.30 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$64,660.32** |
|------|---|---|---|

**United Rental**
**100 First Stamford Place**
**Stamford, CT 06902**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Business Expenses**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.31 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$311,244.98** |
|------|---|---|---|

**Volunteer Rebar**
**110 North 1st Street**
**Nashville, TN 37213**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Business Expenses**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.32 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$31,223.28** |
|------|---|---|---|

**Vulcan Building Materials**
**1200 Urban Center Drive**
**Birmingham, AL 35242**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Business Expenses**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | Elevated Concrete LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.33 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,781.17 |
|---|---|---|---|

**Wex**
**97 Darling Avenue**
**South Portland, ME 04106**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** Business Expenses

Is the claim subject to offset? ■ No ☐ Yes

---

**Part 3:** **List Others to Be Notified About Unsecured Claims**

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **David Huff**<br>**Smythe, Huff & Murphy**<br>**1222 16th Avenue S  Ste 301**<br>**Nashville, TN 37212** | Line **3.25**<br>☐ Not listed. Explain ____ | _ |
| 4.2 | **David M. Smythe**<br>**Smythe, Huff & Murphy PC**<br>**1222 16th Avenue S  Suite 301**<br>**Nashville, TN 37212** | Line **3.18**<br>☐ Not listed. Explain ____ | _ |
| 4.3 | **Drew T. Dorner**<br>**Duane Morris LLP**<br>**901 New York Ave NW  Suite 700 E**<br>**Washington, DC 20001-4795** | Line **3.15**<br>☐ Not listed. Explain ____ | _ |

---

**Part 4:** **Total Amounts of the Priority and Nonpriority Unsecured Claims**

5. Add the amounts of priority and nonpriority unsecured claims.

| | | Total of claim amounts |
|---|---|---|
| **5a. Total claims from Part 1** | 5a. | $ 0.00 |
| **5b. Total claims from Part 2** | 5b. + | $ 2,116,865.19 |
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $ 2,116,865.19 |

Debtor name **Elevated Concrete LLC**

United States Bankruptcy Court for the: MIDDLE DISTRICT OF TENNESSEE

Case number (if known) _____

☐ Check if this is an
amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                12/15

**Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.**

1.  **Does the debtor have any executory contracts or unexpired leases?**
    ☐ No. Check this box and file this form with the debtor's other schedules. There is nothing else to report on this form.
    ☑ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal    Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.1.** State what the contract or lease is for and the nature of the debtor's interest — **Non-residential real property lease** | |
| State the term remaining — **8/1/2026** | **Soto Holding LLC**<br>**1727B 4th Avenue N**<br>**Nashville, TN 37208** |
| List the contract number of any government contract | |
| **2.2.** State what the contract or lease is for and the nature of the debtor's interest | |
| State the term remaining | **US Storage Center**<br>**2001 Johnson Industrial Blvd.**<br>**Unit 1021**<br>**Nolensville, TN 37135** |
| List the contract number of any government contract | |

Debtor name **Elevated Concrete LLC**

United States Bankruptcy Court for the: MIDDLE DISTRICT OF TENNESSEE

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206H
## Schedule H: Your Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1 | **Scott Hurwitz** | **1408 Trumpet Lily Place**<br>**Nolensville, TN 37135** | **Acosta Construction LLC** | ☐ D _____<br>■ E/F ___3.1___<br>☐ G _____ |
| 2.2 | **Scott Hurwitz** | **1408 Trumpet Lily Place**<br>**Nolensville, TN 37135** | **Aluma System** | ☐ D _____<br>■ E/F ___3.2___<br>☐ G _____ |
| 2.3 | **Scott Hurwitz** | **1408 Trumpet Lily Place**<br>**Nolensville, TN 37135** | **American Express** | ☐ D _____<br>■ E/F ___3.3___<br>☐ G _____ |
| 2.4 | **Scott Hurwitz** | **1408 Trumpet Lily Place**<br>**Nolensville, TN 37135** | **Capital One Sparks** | ☐ D _____<br>■ E/F ___3.4___<br>☐ G _____ |
| 2.5 | **Scott Hurwitz** | **1408 Trumpet Lily Place**<br>**Nolensville, TN 37135** | **Care Supply** | ☐ D _____<br>■ E/F ___3.5___<br>☐ G _____ |

| Debtor | Elevated Concrete LLC | Case number *(if known)* |
|---|---|---|

**Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.**

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| 2.6 | Scott Hurwitz | 1408 Trumpet Lily Place Nolensville, TN 37135 | CCAD Reprographics | ☐ D _____<br>■ E/F __3.7__<br>☐ G _____ |
| 2.7 | Scott Hurwitz | 1408 Trumpet Lily Place Nolensville, TN 37135 | Cocone Concrete | ☐ D _____<br>■ E/F __3.9__<br>☐ G _____ |
| 2.8 | Scott Hurwitz | 1408 Trumpet Lily Place Nolensville, TN 37135 | Creator Concrete Equipment | ☐ D _____<br>■ E/F __3.10__<br>☐ G _____ |
| 2.9 | Scott Hurwitz | 1408 Trumpet Lily Place Nolensville, TN 37135 | Elder Building Supply | ☐ D _____<br>■ E/F __3.11__<br>☐ G _____ |
| 2.10 | Scott Hurwitz | 1408 Trumpet Lily Place Nolensville, TN 37135 | Finish Line Staffing | ☐ D _____<br>■ E/F __3.12__<br>☐ G _____ |
| 2.11 | Scott Hurwitz | 1408 Trumpet Lily Place Nolensville, TN 37135 | Great American Finance Holdings LLC | ■ D __2.1__<br>☐ E/F _____<br>☐ G _____ |
| 2.12 | Scott Hurwitz | 1408 Trumpet Lily Place Nolensville, TN 37135 | Hartford Business Insurance | ☐ D _____<br>■ E/F __3.13__<br>☐ G _____ |
| 2.13 | Scott Hurwitz | 1408 Trumpet Lily Place Nolensville, TN 37135 | Home Depot Proxy | ☐ D _____<br>■ E/F __3.14__<br>☐ G _____ |

Debtor **Elevated Concrete LLC**                    Case number *(if known)* _____

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|
| 2.14 | **Scott Hurwitz** | **1408 Trumpet Lily Place** **Nolensville, TN 37135** | **Itria Ventures/Biz-2** | ☐ D _____ ■ E/F __3.15__ ☐ G _____ |
| 2.15 | **Scott Hurwitz** | **1408 Trumpet Lily Place** **Nolensville, TN 37135** | **Mr. Signs Man** | ☐ D _____ ■ E/F __3.17__ ☐ G _____ |
| 2.16 | **Scott Hurwitz** | **1408 Trumpet Lily Place** **Nolensville, TN 37135** | **Nashville Ready Mix** | ☐ D _____ ■ E/F __3.18__ ☐ G _____ |
| 2.17 | **Scott Hurwitz** | **1408 Trumpet Lily Place** **Nolensville, TN 37135** | **PTE United** | ☐ D _____ ■ E/F __3.20__ ☐ G _____ |
| 2.18 | **Scott Hurwitz** | **1408 Trumpet Lily Place** **Nolensville, TN 37135** | **Ram Tool/White Cap** | ☐ D _____ ■ E/F __3.21__ ☐ G _____ |
| 2.19 | **Scott Hurwitz** | **1408 Trumpet Lily Place** **Nolensville, TN 37135** | **Remco Geotechnical Contractors Inc.** | ☐ D _____ ■ E/F __3.22__ ☐ G _____ |
| 2.20 | **Scott Hurwitz** | **1408 Trumpet Lily Place** **Nolensville, TN 37135** | **Rogers Group** | ☐ D _____ ■ E/F __3.23__ ☐ G _____ |
| 2.21 | **Scott Hurwitz** | **1408 Trumpet Lily Place** **Nolensville, TN 37135** | **Shell Gas** | ☐ D _____ ■ E/F __3.24__ ☐ G _____ |

Case 3:23-bk-02889    Doc 1    Filed 08/11/23    Entered 08/11/23 09:56:02    Desc Main
Document    Page 31 of 49

▋ **Additional Page to List More Codebtors**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| 2.22 | **Scott Hurwitz** | **1408 Trumpet Lily Place**<br>**Nolensville, TN 37135** | **Soto Holding LLC** | ☐ D \_\_\_\_\_<br>■ E/F \_\_\_**3.26**\_\_\_<br>☐ G \_\_\_\_\_ |
| 2.23 | **Scott Hurwitz** | **1408 Trumpet Lily Place**<br>**Nolensville, TN 37135** | **SunBelt Rental** | ☐ D \_\_\_\_\_<br>■ E/F \_\_\_**3.28**\_\_\_<br>☐ G \_\_\_\_\_ |
| 2.24 | **Scott Hurwitz** | **1408 Trumpet Lily Place**<br>**Nolensville, TN 37135** | **Smyrna Ready Mix** | ☐ D \_\_\_\_\_<br>■ E/F \_\_\_**3.25**\_\_\_<br>☐ G \_\_\_\_\_ |
| 2.25 | **Scott Hurwitz** | **1408 Trumpet Lily Place**<br>**Nolensville, TN 37135** | **T-Mobile** | ■ D \_\_\_**2.2**\_\_\_<br>☐ E/F \_\_\_\_\_<br>☐ G \_\_\_\_\_ |
| 2.26 | **Scott Hurwitz** | **1408 Trumpet Lily Place**<br>**Nolensville, TN 37135** | **Tipton Crane** | ☐ D \_\_\_\_\_<br>■ E/F \_\_\_**3.29**\_\_\_<br>☐ G \_\_\_\_\_ |
| 2.27 | **Scott Hurwitz** | **1408 Trumpet Lily Place**<br>**Nolensville, TN 37135** | **United Rental** | ☐ D \_\_\_\_\_<br>■ E/F \_\_\_**3.30**\_\_\_<br>☐ G \_\_\_\_\_ |
| 2.28 | **Scott Hurwitz** | **1408 Trumpet Lily Place**<br>**Nolensville, TN 37135** | **Volunteer Rebar** | ☐ D \_\_\_\_\_<br>■ E/F \_\_\_**3.31**\_\_\_<br>☐ G \_\_\_\_\_ |
| 2.29 | **Scott Hurwitz** | **1408 Trumpet Lily Place**<br>**Nolensville, TN 37135** | **Vulcan Building Materials** | ☐ D \_\_\_\_\_<br>■ E/F \_\_\_**3.32**\_\_\_<br>☐ G \_\_\_\_\_ |

**Additional Page to List More Codebtors**

**Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.**

| *Column 1:* **Codebtor** | *Column 2:* **Creditor** |
|---|---|

## Official Form 207
# Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy    04/22

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

**Part 1:**   **Income**

1. **Gross revenue from business**

   ☐ None.

   | Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
   |---|---|---|
   | **From the beginning of the fiscal year to filing date:**<br>From **1/01/2023** to **Filing Date** | ■ Operating a business<br>☐ Other _____ | **$0.00** |
   | **For prior year:**<br>From **1/01/2022** to **12/31/2022** | ■ Operating a business<br>☐ Other _____ | **$230,186.00** |
   | **For year before that:**<br>From **1/01/2021** to **12/31/2021** | ■ Operating a business<br>☐ Other _____ | **$226,441.00** |

2. **Non-business revenue**
   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ■ None.

   | | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
   |---|---|---|

**Part 2:**   **List Certain Transfers Made Before Filing for Bankruptcy**

3. **Certain payments or transfers to creditors within 90 days before filing this case**
   List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

   ■ None.

   | Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>Check all that apply |
   |---|---|---|---|

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
   List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed

or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

■ None.

| Insider's name and address Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
| --- | --- | --- | --- |

5. **Repossessions, foreclosures, and returns**
List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
| --- | --- | --- | --- |

6. **Setoffs**
List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
| --- | --- | --- | --- |

| Part 3: | Legal Actions or Assignments |
| --- | --- |

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case**.**

☐ None.

| | Case title Case number | Nature of case | Court or agency's name and address | Status of case |
| --- | --- | --- | --- | --- |
| 7.1. | **State of Alabama v. Elevated Concrete.... 01-CV-2023-900764.00** | **breach of Contract** | | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.2. | **Itria Ventures LLC v. Elevated Concrete LLC, et al 23CV-191** | **breach of contract** | **Williamson County Chancery Court Franklin, TN 37064** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.3. | **Nashville Ready Mix v. Elevated Concrete, Inc. , et al 23-0633-I** | **breach of contract** | **Davidson County Chancery Court Nashville, TN 37201** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.4. | **Elevated Concrete, Inc. v. Associated Construction TN, LLC, et al 23-0474-II** | **breach of contract** | **Davidson County Chancery Court** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.5. | **Smyrna Ready Mix Concrete LLC v. Monroe Germantown, et al 23-0596-IV** | **breach of Contract** | **Davidson County Chancery Court** | ■ Pending<br>☐ On appeal<br>☐ Concluded |

8. **Assignments and receivership**
List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

Case 3:23-bk-02889    Doc 1    Filed 08/11/23    Entered 08/11/23 09:56:02    Desc Main
Document      Page 35 of 49

■ None

## Part 4:  Certain Gifts and Charitable Contributions

9.  **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

   ■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

## Part 5:  Certain Losses

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

   ■ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss  If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.  List unpaid claims on Official Form 106A/B (Schedule A/B: Assets – Real and Personal Property). | Dates of loss | Value of property lost |
|---|---|---|---|

## Part 6:  Certain Payments or Transfers

11. **Payments related to bankruptcy**
   List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

   ☐ None.

| | Who was paid or who received the transfer?  Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | **Tune, Entrekin & White, P.C.  500 11th Avenue N  Ste 600  Nashville, TN 37203** | | **April 7, 2023; July 25, 2023** | **$2,000.00** |
| | **Email or website address** | | | |
| | **Who made the payment, if not debtor?** | | | |

12. **Self-settled trusts of which the debtor is a beneficiary**
   List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
   Do not include transfers already listed on this statement.

   ■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

13. **Transfers not already listed on this statement**
   List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☐ None.

| Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

| **Part 7:** | **Previous Locations** |
|---|---|

14. **Previous addresses**

List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☐ Does not apply

| | Address | Dates of occupancy From-To |
|---|---|---|
| 14.1. | **8115 Isabella Lane** **Brentwood, TN** | **8/1/2022** |

| **Part 8:** | **Health Care Bankruptcies** |
|---|---|

15. **Health Care bankruptcies**

Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

☑ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

| **Part 9:** | **Personally Identifiable Information** |
|---|---|

16. **Does the debtor collect and retain personally identifiable information of customers?**

☑ No.
☐ Yes. State the nature of the information collected and retained.

17. **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☑ No. Go to Part 10.
☐ Yes. Does the debtor serve as plan administrator?

| **Part 10:** | **Certain Financial Accounts, Safe Deposit Boxes, and Storage Units** |
|---|---|

18. **Closed financial accounts**

Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☑ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

19. **Safe deposit boxes**

List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Does debtor still have it? |
|---|---|---|---|

20. **Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☐ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| **US Storage Center 2001 Johnson Industrial Blvd. Nolensville, TN 37135** | **Frankie Acosta 691 Fox Trail Court Clarksville, TN 37040** | **Miscellaneous material and tools** | ☐ No ■ Yes |

**Part 11:    Property the Debtor Holds or Controls That the Debtor Does Not Own**

21. **Property held for another**
List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

■ None

**Part 12:    Details About Environment Information**

For the purpose of Part 12, the following definitions apply:

*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22. **Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

   ■ No.
   ☐ Yes. Provide details below.

| Case title Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

   ■ No.
   ☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

24. **Has the debtor notified any governmental unit of any release of hazardous material?**

   ■ No.
   ☐ Yes. Provide details below.

| Debtor | Elevated Concrete LLC | Case number *(if known)* |
|---|---|---|

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

## Part 13: Details About the Debtor's Business or Connections to Any Business

**25. Other businesses in which the debtor has or has had an interest**

List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

☐ None

| Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN. |
|---|---|---|
| 25.1. **Elevated Concrete LLC** | | **Dates business existed**<br><br>EIN: 88-2695868<br><br>From-To 06/2022 - 04/2023 |

**26. Books, records, and financial statements**

26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| Name and address | Date of service<br>From-To |
|---|---|
| 26a.1. **Brianna Donelley**<br>**1408 Trumpete Lily Place**<br>**Nolensville, TN 37135** | **5/1/2022 - present** |
| 26a.2. **Parks & Berry CPA**<br>**7319 Nolensville Road**<br>**Nolensville, TN 37135** | **01/2022 - present** |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

■ None

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1. **Brianna Donnelly**<br>**1408 Trumpet Lily Place**<br>**Nolensville, TN 37135** | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

■ None

| Name and address |
|---|

**27. Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

■ No

☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

28. **List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|------|---------|-------------------------------------|-----------------------|
| Scott Hurwitz | 1408 Trumpet Lily Place Nolensville, TN 37135 | Owner/Managing Member | 60% |

| Name | Address | Position and nature of any interest | % of interest, if any |
|------|---------|-------------------------------------|-----------------------|
| Paul Bass | 1009 Orchard Hill Court Arrington, TN 37014 | | 20% |

| Name | Address | Position and nature of any interest | % of interest, if any |
|------|---------|-------------------------------------|-----------------------|
| Matt Bryant | P. O. Box 848 Franklin, TN 37065 | | 20% |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

☑ No
☐ Yes. Identify below.

30. **Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☑ No
☐ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|-------------------------------|------------------------------------------------------|-------|--------------------------------|

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

☑ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|--------------------------------|----------------------------------------------------------|

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☑ No
☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|--------------------------|----------------------------------------------------|

| Part 14: | Signature and Declaration |

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **August 11, 2023**

**/s/ Scott Hurwitz**                                          **Scott Hurwitz**
Signature of individual signing on behalf of the debtor        Printed name

Position or relationship to debtor    **Owner, Managing Partner**

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
■ No
☐ Yes

# United States Bankruptcy Court
## Middle District of Tennessee

In re  **Elevated Concrete LLC**

Debtor(s)

Case No.

Chapter  **7**

# VERIFICATION OF CREDITOR MATRIX

I, the Owner, Managing Partner of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:  **August 11, 2023**

**/s/ Scott Hurwitz**

**Scott Hurwitz/Owner, Managing Partner**
Signer/Title

ELEVATED CONCRETE LLC
1408 TRUMPET LILY PLACE
NOLENSVILLE TN 37135

JOSEPH P. RUSNAK
TUNE, ENTREKIN & WHITE, P.C.
SUITE 600
500 11TH AVENUE NORTH
NASHVILLE, TN 37203

ACOSTA CONSTRUCTION LLC
691 FOX TRAIL COURT
CLARKSVILLE TN 37040

ALUMA SYSTEM
5240 E. GREAT SOUTHWEST PARKWAY
ATLANTA GA 30336

AMERICAN EXPRESS
P. O. BOX 981535
EL PASO TX 79998

CAPITAL ONE SPARKS
680 CAPITA ONE DRIVE
MC LEAN VA 22102

CARE SUPPLY
888 ELM HILL PIKE
NASHVILLE TN 37210

CASCADES APARTMENTS
3300 MURFREESBORO PIKE
ANTIOCH TN 37013

CCAD REPROGRAPHICS
2002 COBB DRIVE
COLUMBIA TN 38401

CERTIFIED CONSTRUCTION SERVICES
3418 HAMPTON AVENUE
NASHVILLE TN 37215

COCONE CONCRETE
1037 COTTAGE VIEW LANE
ANTIOCH TN 37013

CREATOR CONCRETE EQUIPMENT
4604 OLD KYLES STATION ROAD
HAMILTON OH 45011

DAVID HUFF
SMYTHE, HUFF & MURPHY
1222 16TH AVENUE S  STE 301
NASHVILLE TN 37212

DAVID M. SMYTHE
SMYTHE, HUFF & MURPHY PC
1222 16TH AVENUE S  SUITE 301
NASHVILLE TN 37212

DREW T. DORNER
DUANE MORRIS LLP
901 NEW YORK AVE NW  SUITE 700 E
WASHINGTON DC 20001-4795

ELDER BUILDING SUPPLY
401 COWAN STREET
NASHVILLE TN 37207

FINISH LINE STAFFING
139 S. ENGLISH STATION ROAD  SUITE 220
LOUISVILLE KY 40245

GREAT AMERICAN FINANCE HOLDINGS LLC
200 SOUTH MICHIGAN AVENUE  SUITE 450
CHICAGO IL 60604

HARTFORD BUSINESS INSURANCE
690 ASYLUM AVENUE
HARTFORD CT 06155-0002

HOME DEPOT PROXY
2455 PACES FERRY ROAD
ATLANTA GA 30339

ITRIA VENTURES/BIZ-2
1 PENN PLAZA  31ST FLOOR
NEW YORK NY 10119

MONROE GERMAN TOWN LLC
1217 N 2ND AVENUE
NASHVILLE TN 37208

MR. SIGNS MAN
129 COMMERCE DRIVE
HENDERSONVILLE TN 37075

NASHVILLE READY MIX
8120 SAWYER BROWN ROAD
NASHVILLE TN 37221

PENHALL
644 MAINSTREAM DRIVE
NASHVILLE TN 37228

PTE UNITED
2137 UTOPIA AVENUE
NASHVILLE TN 37211

RAM TOOL/WHITE CAP
4500 5TH AVENUE SOUTH
BUILDING A
BIRMINGHAM AL 35222

REMCO GEOTECHNICAL CONTRACTORS INC.
P. O. BOX 23009
KNOXVILLE TN 37933

ROGERS GROUP
POTTSVILLE QUARRY
LEWISBURG TN 37091

SCOTT HURWITZ
1408 TRUMPET LILY PLACE
NOLENSVILLE TN 37135

SCOTT HURWITZ
1408 TRUMPET LILY PLACE
NOLENSVILLE TN 37135

SCOTT HURWITZ
1408 TRUMPET LILY PLACE
NOLENSVILLE TN 37135

SCOTT HURWITZ
1408 TRUMPET LILY PLACE
NOLENSVILLE TN 37135

SCOTT HURWITZ
1408 TRUMPET LILY PLACE
NOLENSVILLE TN 37135

SCOTT HURWITZ
1408 TRUMPET LILY PLACE
NOLENSVILLE TN 37135

SCOTT HURWITZ
1408 TRUMPET LILY PLACE
NOLENSVILLE TN 37135

SCOTT HURWITZ
1408 TRUMPET LILY PLACE
NOLENSVILLE TN 37135

SCOTT HURWITZ
1408 TRUMPET LILY PLACE
NOLENSVILLE TN 37135

SCOTT HURWITZ
1408 TRUMPET LILY PLACE
NOLENSVILLE TN 37135

```
SCOTT HURWITZ
1408 TRUMPET LILY PLACE
NOLENSVILLE TN 37135

SCOTT HURWITZ
1408 TRUMPET LILY PLACE
NOLENSVILLE TN 37135

SCOTT HURWITZ
1408 TRUMPET LILY PLACE
NOLENSVILLE TN 37135

SCOTT HURWITZ
1408 TRUMPET LILY PLACE
NOLENSVILLE TN 37135

SCOTT HURWITZ
1408 TRUMPET LILY PLACE
NOLENSVILLE TN 37135

SCOTT HURWITZ
1408 TRUMPET LILY PLACE
NOLENSVILLE TN 37135

SCOTT HURWITZ
1408 TRUMPET LILY PLACE
NOLENSVILLE TN 37135

SCOTT HURWITZ
1408 TRUMPET LILY PLACE
NOLENSVILLE TN 37135

SCOTT HURWITZ
1408 TRUMPET LILY PLACE
NOLENSVILLE TN 37135

SCOTT HURWITZ
1408 TRUMPET LILY PLACE
NOLENSVILLE TN 37135

SCOTT HURWITZ
1408 TRUMPET LILY PLACE
NOLENSVILLE TN 37135

SCOTT HURWITZ
1408 TRUMPET LILY PLACE
NOLENSVILLE TN 37135

SCOTT HURWITZ
1408 TRUMPET LILY PLACE
NOLENSVILLE TN 37135

SCOTT HURWITZ
1408 TRUMPET LILY PLACE
NOLENSVILLE TN 37135
```

SCOTT HURWITZ
1408 TRUMPET LILY PLACE
NOLENSVILLE TN 37135

SCOTT HURWITZ
1408 TRUMPET LILY PLACE
NOLENSVILLE TN 37135

SCOTT HURWITZ
1408 TRUMPET LILY PLACE
NOLENSVILLE TN 37135

SCOTT HURWITZ
1408 TRUMPET LILY PLACE
NOLENSVILLE TN 37135

SCOTT HURWITZ
1408 TRUMPET LILY PLACE
NOLENSVILLE TN 37135

SHELL GAS
700 MILAM STREET #125
HOUSTON TX 77002

SMYRNA READY MIX
1000 HOLLINGSHEAD CIRCLE
MURFREESBORO TN 37129

SOTO HOLDING LLC
1727B 4TH AVENUE N
NASHVILLE TN 37208

SOTO HOLDING LLC
1727B 4TH AVENUE N
NASHVILLE TN 37208

STACKARD BUILDERS
1648 WESTGATE CIRCLE  STE 300
BRENTWOOD TN 37027

SUNBELT RENTAL
1275 WEST MOUND STREET
COLUMBUS OH 43223

T-MOBILE
12920 SE 38TH STREET
BELLEVUE WA 98006

TIPTON CRANE
805 N HOLTZCLAW AVENUE
CHATTANOOGA TN 37404

TOM HOLMAN
ESWARD WOLFF & ASSOCIATES
660 N. CENTRAL EXPY  STE # 450
PLANO TX 75074

UNITED RENTAL
100 FIRST STAMFORD PLACE
STAMFORD CT 06902

US STORAGE CENTER
2001 JOHNSON INDUSTRIAL BLVD.
UNIT 1021
NOLENSVILLE TN 37135

VOLUNTEER REBAR
110 NORTH 1ST STREET
NASHVILLE TN 37213

VULCAN BUILDING MATERIALS
1200 URBAN CENTER DRIVE
BIRMINGHAM AL 35242

WEX
97 DARLING AVENUE
SOUTH PORTLAND ME 04106

# United States Bankruptcy Court
## Middle District of Tennessee

In re   **Elevated Concrete LLC**

Debtor(s)

Case No.

Chapter   **7**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   **Elevated Concrete LLC**   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

**August 11, 2023**

Date

**/s/ Joseph P. Rusnak**

**Joseph P. Rusnak**

Signature of Attorney or Litigant

Counsel for   **Elevated Concrete LLC**

**Tune, Entrekin & White, P.C.**
**Suite 600**
**500 11th Avenue North**
**Nashville, TN 37203**
**(615) 244-2770 Fax:(615) 244-2778**
**JRusnak@tewlawfirm.com**